IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL 875 |
| LINDA SMITH, as personal representative on behalf of the Legal Heirs of RONNIE SMITH, deceased | : : : : : | |
| Plaintiff | : : | CIVIL ACTION NO. 09-69125 |
| v. | : : | |
| Various Defendants | : : : | Transferred from the District of Utah |

FILED APR 22 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **21st** day of **April 2011**, it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge Thomas J. Rueter (doc. no. 73), filed on March 2, 2011 is **ADOPTED**.[1]

It is further **ORDERED** that Defendant Carquest's Motion for Summary Judgment (doc. no. 73) is **GRANTED**.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1